**UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF LOUISIANA**

**IN RE: R. WILLIAM HUYE, III**

**<u>ORDER</u>**

*Considering the foregoing Motion to Lift Stay and Withdraw as Counsel of Record:*

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Lift Stay and Withdraw as Counsel of Record is granted, hereby lifting the pending stay for the purpose of withdrawing R. William Huye, III (LA Bar No. 38282) as counsel of record in all matters identified in the attached list of cases.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that R. William Huye, III (LA Bar No. 38282) be and the same hereby is withdrawn as counsel of record in all matters identified in the attached list of cases.

**THUS DONE AND SIGNED** in _____, Louisiana on this _____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA**